## AFFIDAVIT OF SERVICE

| Case: CV-16-5295 | Court: UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF NEW YORK | County: , NY | Job: 1040046 |
|---|---|---|---|
| Plaintiff / Petitioner: KBM Worldwide, Inc. | | Defendant / Respondent: Vapor Group, Inc. and Dror Svorai | |
| Received by: Raul Zayas | | For: Eagle Legal Process Service, Inc. | |
| To be served upon: Vapor Group, Inc. | | | |

I, Raul Zayas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sandra Gari, 20725 NE 16th Avenue, Unit A48, Miami, FL 33179
**Manner of Service:** Corporation, Sep 30, 2016, 10:35 am EDT
**Documents:** Summons and Complaint (Received Sep 27, 2016 at 4:30pm EDT)

**Additional Comments:**
1) Successful Attempt: Sep 30, 2016, 10:35 am EDT at 20725 NE 16th Avenue, Unit A48, Miami, FL 33179 received by Sandra Gari. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 128; Height: 5'6"; Hair: Blond; Relationship: Office Supervisor;

Raul Zayas - CPS 720                 10/4/16
                                      Date

Eagle Legal Process Service, Inc.
262 Sky Hawk Trail
East Stroudsburg, PA 18302
Phone: 631-451-1300