UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KBM Worldwide, Inc.

V.

Vapor Group, If and
Dror Svorai
---------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Case No: CV-16 5295

TO: Opposing Counsel Richard S. Naidich, Esq.
111 Great Neck Rd., Ste. 214
Great Neck, NY 11021

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Neustein Law Group, PA and a member in good standing of the Bard(s) of the State(s) of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Vapor Group, Inc. and Dror Svorai There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 10/14/16

[Signature]
Signature of Movant
Firm Name Neustein Law Group, PA
Address 18305 Biscayne Blvd., Ste. 250
Aventura, FL 33160
Email nlglaw@yahoo.com
Phone 305-531-2545

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KBM Worldwide, Inc.

v.

Vapor Group, Inc and
Dror Svorai
--------------------------------------------------------X

AFFIDAVIT OF Nicole Moskowitz
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

Case no.: CV-16-5295

State of New York
County of Kings

Nicole Moskovitz, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Neustein Law Group, PA.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Vapor Group Inc and Dror Svorai

Dated: 10/14/16

NOTARIZED

Signature of Movant
Firm Name Neustein Law Group, PA
Address 18305 Biscayne Blvd., ste 250
Aventura, FL 33160
Email nlglaw@yahoo.com
Phone 305-531-2545

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Nicole Rachael Moskowitz**, Florida Bar # **56570**, was duly admitted to practice in this Court on **April 24, 2009**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on October 14, 2016

Steven M. Larimore
Court Administrator • Clerk of Court