UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

KBM WORLDWIDE, INC.

                Plaintiff,

-against-

VAPOR GROUP, INC. AND DROR SVORAI,

                Defendants.

----------------------------------------------------------------x

Civil Action No.: 2:16-cv-05295
(SJF) (ARL)

## REPLY AND ANSWER TO COUNTERCLAIMS

Plaintiff, KBM WORLDWIDE, INC. ("KBM"), files this Reply and Answer to Counterclaims and shows and alleges the following:

1. Denies the allegation and the demand for attorney's fees in the Defendants' Answer and avers that there is no contract, statute or other rule that would permit the recovery of attorneys' fees by the defendants from the plaintiff.

WHEREFORE, plaintiff demands judgment dismissing the demand for attorneys fees in its entirety awarding plaintiff the relief sought in the complaint and granting the plaintiff such other and further relief as to the Court may seem just and proper.

Dated: Great Neck, New York
       November 15, 2016

Yours, etc.

NAIDICH WURMAN LLP

By: _____
Richard S. Naidich, Esq. (RSN 4102)
111 Great Neck Road, Suite 214
Great Neck, NY 11021
Telephone: 516-498-2900
Facsimile: 516-466-3555
Attorneys for Plaintiff –
KBM WORLDWIDE, INC.

TO:    NEUSTEIN LAW GROUP, PA.
        Attorney for Defendants
        18305 Biscayne Boulevard – Suite 250
        Aventura, FL 33160
        Telephone: (305) 531-2545
        Facsimile: (305) 531-2365