# NEUSTEIN LAW GROUP, P.A.

ATTORNEYS AND COUNSELORS AT LAW
18305 Biscayne Boulevard, Suite 250
Aventura, FL  33160
Telephone (305) 531-2545   Fax (305) 531-2365

**FREDERICK A. NEUSTEIN, ESQ.**　　　　　　　　　　　　　　　　　　**NICOLE MOSKOWITZ, ESQ.**
E-mail: fn@neusteinlaw.com　　　　　　　　　　　　　　　　　　　　E-mail: nicole@neusteinlaw.com

December 23, 2016

Honorable Sandra J. Feuerstein
United States District Courthouse
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>VIA ECF</u>

**RE:**　KBM Worldwide Inc. v. Vapor Group. Inc.
　　　Case No.: 2016 CV 05295

Dear Judge Feuerstein:

　　　I hope this correspondence finds you well. This office represents Vapor Group, Inc. ("Vapor" or Defendant"), Defendant in the above-captioned matter. I write with consent of Mr. Robert P. Johnson, counsel for Plaintiff KBM Worldwide Inc. ("KBM" or Plaintiff"), to request an extension from January 16, 2017 to January 31, 2017 for the parties to complete mediation pursuant to the court's November 17, 2016 order.

　　　The reason for the request is that January 31, 2017 is the first date all parties are available. We have contacted our mediator, and have tentatively scheduled the mediation with all parties pending this Honorable Courts approval.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　<u>/s/ Nicole Moskowitz</u>
　　　　　　　　　　　　　　　　　　　　　NICOLE MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　　Fla Bar No.: 56570

CC Via ECF:
Richard S. Nadidich Esq. and Robert P. Johnson Esq.,  Nadidich Wurman LLP. 111 Great Neck Rd Suite 214, Great Neck, NY 11021, T: (516) 498-2900.